**Electronically Filed**
**Supreme Court**
**SCWC-30518**
**08-AUG-2012**
**02:45 PM**

NO. SCWC-30518

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

KEVIN C. METCALFE, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30518; CR. NO. 09-1-0215)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Sakamoto, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Kevin C. Metcalfe's

application for writ of certiorari filed on June 23, 2012, is

hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding

scheduling.

DATED:  Honolulu, Hawaiʻi, August 8, 2012.

Summer M.M. Kupau for
petitioner

Ricky R. Damerville
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Karl K. Sakamoto

